THE PEOPLE OF THE STATE OF NEW YORK v. STANLEY FORD.—

744

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.